**FILED**
CLERK, U.S. DISTRICT COURT

11/29/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VINCENT JOSHUA RIOZ,<br>　aka "ckompetition.13,"<br>　aka "Trooper," and<br>ANDREW ISAIAH GONZALES,<br>　aka "hothead_200,"<br>　aka "drewflockin_2004,"<br>　aka "drewflockin.ck,"<br><br>　　　　Defendants. | ED CR No.  5:23-cr-00241-SSS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(k): Possession of a Firearm Bearing an Obliterated Serial Number; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(a)(1)(A), 2(a)]

[ALL DEFENDANTS]

Beginning on an unknown date, but no later than July 13, 2022, and continuing through on or about October 4, 2022, in Riverside County, within the Central District of California, and elsewhere, defendants VINCENT JOSHUA RIOZ, also known as ("aka") "ckompetition.13," aka "Trooper," and ANDREW ISAIAH GONZALES, aka

"hothead_200," aka "drewflockin_2004," aka "drewflockin.ck," aiding and abetting each other and others known and unknown to the Grand Jury, not personally being licensed as importers, manufacturers, or dealers of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, including firearms of unknown manufacturer and bearing no legitimate manufacturer's mark or serial number (commonly referred to as "ghost guns" or "privately made firearms"), on or about the following dates:

| Date | Defendants | Firearms |
|---|---|---|
| July 28, 2022 | RIOZ and GONZALES | A Glock, Model 23CGEN4, .40 caliber pistol, bearing serial number SFS527. |
| August 11, 2022 | RIOZ | 1.   An HS Produkt, Model XD40, .40 caliber pistol, bearing serial number XD570173; 2.   A Glock, Model 30SF, .45 caliber pistol, bearing serial number NWZ457; and 3.   An American Tactical Import, Model MIL-Sport, 5.56mm pistol, bearing serial number MSA070351. |
| August 23, 2022 | RIOZ and GONZALES | 1.   A Ruger, Model Ruger-57, 5.7mm caliber pistol, bearing serial number 643-04328; 2.   A Taurus, Model PT92AF-D, 9mm caliber pistol, bearing serial number TKT03426; and 3.   An Anderson Manufacturing, Model AM-15, 5.56mm caliber pistol, bearing serial number 20299590. |
| September 7, 2022 | GONZALES | 1.   A privately made AR-15-type pistol; 2.   A KelTec, Model PF-9, 9mm caliber pistol, bearing serial number SSC87; and 3.   A Taurus revolver, bearing serial number UL54294. |

| Date | Defendants | Firearms |
|---|---|---|
| September 12, 2022 | GONZALES | 1.   A Taurus, Model PT111G2A, 9mm caliber pistol, bearing serial number ACK403928; and 2.   A Sig Sauer, Model P320, 9mm caliber pistol, bearing serial number 58J107896. |
| October 4, 2022 | GONZALES | A privately made AR-15-type pistol. |

COUNT TWO

[18 U.S.C. § 922(k)]

[DEFENDANT GONZALES]

On or about October 4, 2022, in Riverside County, within the Central District of California, defendant ANDREW ISAIAH GONZALES, also known as ("aka") "hothead_200," aka "drewflockin_2004," aka "drewflockin.ck," knowingly possessed a firearm, namely, a Glock, Model 22, .40 caliber pistol, that had been shipped and transported in interstate and foreign commerce and from which defendant GONZALES knew the manufacturer's serial number had been removed, obliterated, and altered.

4

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One or Two of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL

                                        /S/
                                        _____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Deputy Chief, Riverside Branch
Office

6